UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                            Case No. 3:12-CR-67
                                                  District Judge Thomas M. Rose

MASON WILLIAM ARTHUR,

    Defendant.

---

**MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE**

---

    This matter is before the Court on Defendant's Oral Motion for a modification to his Conditions of Release (doc.11) made in open court on July 16, 2012. Defendant requests that he be allowed him to travel out of the Southern District of Ohio from August 17 - August 20, 2012, for the purposes of attending a family reunion in Winston-Salem, North Carolina. The Government has no objections.

    For good cause shown, the Court orders Defendant's conditions of release be modified to allow him to travel to Winston-Salem, North Carolina to attend a family reunion. Defendant will travel on Friday, August 17, 2012, to Winston-Salem, North Carolina and return to his residence in the Southern District of Ohio no later than Monday, August 20, 2012. All other previously imposed conditions of bond shall remain in effect.

    **DONE** and **ORDERED** in Dayton, Ohio, this 17th day of July, 2012.

                                                  THOMAS M. ROSE, JUDGE
                                                  UNITED STATES DISTRICT COURT